IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:21mc3953-MHT |
| | ) | (WO) |
| PETER L. AMOS, d/b/a | ) | |
| CoachComm, LLC, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| JANICE D. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the court on the government's "motion for dismissal of order of continuing garnishment." The court never entered an order of continuing garnishment, so it cannot dismiss it. Nevertheless, it is clear that, with the motion, the government seeks to end the garnishment, because it explains that "defendant has paid her restitution in full." *See* Motion (Doc. 10). The court will therefore treat the motion as a motion to dismiss the writ of garnishment and will grant it.

***

Accordingly, it is ORDERED that motion for dismissal of order of continuing garnishment (Doc. 10) is treated as a motion to dismiss the writ of garnishment; the motion to dismiss the writ of garnishment (Doc. 10) is granted; the writ of garnishment (Doc. 4) against garnishee Peter L. Amos is dismissed; and no further wages shall be garnished.

This case is closed.

DONE, this the 18th day of April, 2022.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE